UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DAMON SHALLOW** | : | **DOCKET NO. 2:06-cv-480**<br>**Section P** |
| **VS.** | : | **JUDGE MINALDI** |
| **ALBERTO GONZALES, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

**O R D E R**

Currently before the court is petitioner's "Voluntary Request to Lift Order Staying Removal" [doc. 3] filed by *pro se* petitioner, Damon Shallow. By this motion, the petitioner seeks to have this court lift a stay imposed by the United States District Court for the Eastern District of New York in a separate petition for review. The court in New York ultimately transferred that petition to the Fifth Circuit Court of Appeals with the stay still in effect.[1]

Having considered this motion, and having determined that this court does not have jurisdiction over the petition for review in which the stay was granted, it is

ORDERED that the motion be DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 10th day of April, 2006.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE

---

[1] On May 10, 2005 petitioner filed a *habeas corpus* petition in the United States District Court for the Eastern District of New York wherein he challenged his removal order. *Shallow v. Gonzalez*, 1:05-cv-2276 (E.D.N.Y.). On May 11, 2005, the district judge in New York entered an order staying petitioner's removal pending resolution of his claims. *Id.*, doc. 2. On February 28, 2006, the district judge issued an order finding that as a result of § 106 of the REAL ID Act of 2005 the district court lacked jurisdiction to consider the petitioner's challenge to his removal order and directing the Clerk of Court to transfer the petition to the Fifth Circuit Court of Appeals for further proceedings. *Id.*, doc. 7. The transfer order specifically stated that **"The stay of deportation, granted by this court on May 11, 2005, remains in full force and effect until such time that this Court or another of competent jurisdiction orders otherwise."** *Id.*, doc. 7, p.2 (Emphasis in original).