RECEIVED
IN LAKE CHARLES, LA

MAY 15 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DAMON SHALLOW | : | DOCKET NO. 2:06-cv-480 |
| VS. | : | JUDGE MINALDI |
| DIRECTOR, IMMIGRATION & CUSTOMS ENFORCEMENT, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that petitioner's challenge to his post-removal-order detention be DENIED as premature and that this petition be DISMISSED without prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15 day of May, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE